FIRST UNION NATIONAL
BANK, Appellee

v.

COMMONWEALTH of Pennsylvania,
Appellant.

Supreme Court of Pennsylvania.

June 19, 2006.

### ORDER

PER CURIAM.

AND NOW, this 19th day of June, 2006,
the Order of the Commonwealth Court is
AFFIRMED.

John K. FRANK, Appellant

v.

PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.

Supreme Court of Pennsylvania.

June 19, 2006.

### ORDER

PER CURIAM.

AND NOW, this 19th day of June, 2006,
the Order of the Commonwealth Court is
affirmed.